| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bates, John D. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>12/13/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Article III (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>333 Constitution Avenue NW<br>Washington, DC 20001 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Arizona, Rogers School of Law, income for teaching | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Wells Fargo Account | A | Interest | J | T | | | | | |
| 2.   Morgan Stanley - IRA - C: | | | | | | | | | |
| 3.   -- Auto Data Proc - Common | B | Dividend | K | T | Sold (part) | 02/25/20 | J | C | |
| 4.   -- Bank of Amer. - Preferred | C | Dividend | L | T | | | | | |
| 5.   -- Adobe Sys. - Common | | None | M | T | Sold (part) | 02/25/20 | K | D | |
| 6.   -- Apple Inc. - Common | B | Dividend | M | T | Sold (part) | 02/25/20 | J | D | |
| 7.   -- Conagra - Common | B | Dividend | K | T | | | | | |
| 8.   -- Cisco Sys. Common | B | Dividend | K | T | Sold (part) | 02/25/20 | J | A | |
| 9.   -- Chevron Corp. Common | B | Dividend | K | T | | | | | |
| 10.   -- CINN Financial Corp. Common | B | Dividend | L | T | Sold (part) | 02/25/20 | J | D | |
| 11.   -- Illinois Tool Works Common | B | Dividend | M | T | | | | | |
| 12.   -- DowDuPont Common | A | Dividend | | | Sold | 02/25/20 | J | A | |
| 13.   -- Dow Inc. | B | Dividend | K | T | | | | | |
| 14.   -- Clearbridge Energy MLP Fund | A | Dividend | J | T | | | | | |
| 15.   -- Enterprise Prod. - Common | C | Dividend | K | T | Buy (add'l) | 08/12/20 | K | | |
| 16.   -- Corteva Inc. | A | Dividend | | | Sold | 02/25/20 | J | B | |
| 17.   -- HP Inc. - Common | B | Dividend | | | Sold | 02/25/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 12/31/20 | K | E | |
| 19.    -- Hewlett Packard Enter. - Common | A | Dividend | K | T | | | | | |
| 20.    -- Home Depot - Common | C | Dividend | M | T | Buy<br>(add'l) | 02/25/20 | K | | |
| 21.    -- JP Morgan Chase & Co. - Common | C | Dividend | L | T | | | | | |
| 22.    -- Johnson & Johnson - Common | B | Dividend | L | T | | | | | |
| 23.    -- Marriott Int'l - Common | A | Dividend | K | T | Sold<br>(part) | 02/25/20 | J | C | |
| 24.    -- McDonalds - Common | B | Dividend | K | T | | | | | |
| 25.    -- MetLife - Common | B | Dividend | K | T | | | | | |
| 26.    -- Goldman Sachs CD | B | Interest | M | T | | | | | |
| 27.    -- Morgan Stanley - Common | A | Dividend | J | T | | | | | |
| 28.    -- Vodaphone Group - Common | A | Dividend | | | Sold | 02/25/20 | K | A | |
| 29.    -- Wells Fargo - Preferred | C | Dividend | | | Redeemed | 12/15/20 | L | A | |
| 30.    -- Northern Trust Corp. | C | Dividend | L | T | Buy | 01/17/20 | L | | |
| 31. | | | | | Buy | 08/12/20 | J | | |
| 32.    -- Pfizer - Common | B | Dividend | L | T | | | | | |
| 33.    -- Pepsi Co. - Common | B | Dividend | L | T | Sold<br>(part) | 02/25/20 | K | D | |
| 34.    -- Principal Fin'l - Common | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -- Procter & Gamble - Common | B | Dividend | L | T | | | | | |
| 36.  -- MS Liquid Asset Fund | A | Interest | N | T | | | | | |
| 37.  -- Nuveen PFD & INCM Fund | C | Dividend | L | T | Buy | 12/15/20 | L | | |
| 38.  -- Ford Motor Co. | C | Dividend | L | T | Buy | 01/17/20 | L | | |
| 39.  -- AT&T | C | Dividend | L | T | Buy | 01/17/20 | L | | |
| 40.  -- Verizon Common | B | Dividend | K | T | | | | | |
| 41.  -- First TR MLP & ENRG fund | B | Dividend | K | T | | | | | |
| 42.  -- Ishares Russell 2000 ETF | A | Dividend | L | T | | | | | |
| 43.  -- Blackrock - Common | B | Dividend | L | T | Sold<br>(part) | 02/25/20 | J | B | |
| 44.  -- Centerpoint Energy | A | Dividend | K | T | | | | | |
| 45.  -- Occidental Petroleum - Common | A | Dividend | K | T | | | | | |
| 46.  -- Qwest Corp. Cap. Sec. | C | Dividend | | | Redeemed | 08/07/20 | L | C | |
| 47.  Morgan Stanley - ▮▮▮ : | | | | | | | | | |
| 48.  -- AXA Equitable Life Annuity (Fixed) | | None | L | T | | | | | |
| 49.  -- Chevron - Common | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 50.  -- Amer. Tower Corp. - Class | A | Dividend | K | T | | | | | |
| 51.  -- Morgan Stanley Cash Fund | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -- Davita Inc. - Common | | None | J | T | Sold<br>(part) | 12/28/20 | J | C | |
| 53.  -- Gugg, Zacks Adv 47 Unit Inv. Trust | A | Dividend | | | Redeemed | 11/18/20 | K | D | |
| 54.  -- Fiserv Inc. Common | | None | K | T | | | | | |
| 55.  -- AT&T Common | A | Dividend | J | T | | | | | |
| 56.  -- Intuit Inc. - Common | A | Dividend | K | T | | | | | |
| 57.  -- Invesco Dynamic Biotech | A | Dividend | J | T | | | | | |
| 58.  -- United Health - Common | A | Dividend | K | T | | | | | |
| 59.  -- IShares Dow Jones US Health Care Providers Index Fund (X) | A | Dividend | J | T | | | | | |
| 60.  -- IShares NoAm Tech Software Index Fund (X) | A | Dividend | J | T | | | | | |
| 61.  Morgan Stanley - IRA - J: | | | | | | | | | |
| 62.  -- AT&T Inc. - Common | C | Dividend | K | T | | | | | |
| 63.  -- Centerpoint Energy - Common | A | Dividend | J | T | | | | | |
| 64.  -- Colgate Palmolive - Common | B | Dividend | L | T | Sold<br>(part) | 02/03/20 | J | C | |
| 65.  -- Conagra Foods - Common | A | Dividend | J | T | | | | | |
| 66.  -- IShares TR-DJ Transp. Index Fund | A | Dividend | K | T | | | | | |
| 67.  -- IShares TR Global Ind. Index Fund | A | Dividend | K | T | | | | | |
| 68.  -- IShares US Health Care Providers Index Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -- IBM - Common | B | Dividend | K | T | | | | | |
| 70. -- Medtronic - Common | B | Dividend | L | T | Sold<br>(part) | 02/25/20 | K | D | |
| 71. -- Invesco Dynamic Semiconductors | A | Dividend | K | T | Sold<br>(part) | 02/25/20 | J | D | |
| 72. -- Invesco Dynamic Media | A | Dividend | | | Sold | 02/25/20 | J | C | |
| 73. -- Energy Select Sector SPDR | B | Dividend | K | T | | | | | |
| 74. -- IShares NoAm Tech Software Index Fund | A | Dividend | K | T | Sold<br>(part) | 02/25/20 | J | D | |
| 75. -- SPDR Index SHS FDS DJ Wilshire Int'l Real Estate | A | Dividend | K | T | | | | | |
| 76. -- SPDR SER TR KBW CAP MKTS ETF | A | Dividend | | | Sold | 02/26/20 | J | A | |
| 77. -- SPDR SER TR KBW BK ETF | A | Dividend | J | T | | | | | |
| 78. -- Raython Tech (formerly United Tech) | A | Dividend | K | T | Sold | 02/25/20 | K | E | |
| 79. -- Carrier Global (spinoff from United Tech) | A | Dividend | J | T | Spinoff<br>(from line 78) | 04/07/20 | J | | |
| 80. -- Otis Worldwide (spinoff from United Tech) | A | Dividend | | | Spinoff<br>(from line 78) | 04/07/20 | J | | |
| 81. | | | | | Sold | 12/31/20 | J | D | |
| 82. -- Vanguard Consumer Staples ETF | A | Dividend | K | T | | | | | |
| 83. -- Vanguard Health Care ETF | A | Dividend | K | T | | | | | |
| 84. -- Vanguard Info Tech ETF | A | Dividend | K | T | Sold<br>(part) | 02/25/20 | J | D | |
| 85. -- Vanguard Int'l Equity (European) ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -- Ishares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 87. -- Pepsico - Common | A | Dividend | K | T | | | | | |
| 88. -- MS Liquid Asset Fund | A | Interest | L | T | | | | | |
| 89. TIAA CREF Ret. Acct. (403(B) Plan Growth Annuity) - C | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bates, John D.** | 12/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 12/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John D. Bates**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544